UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CV-00471

| | |
|---|---|
| ANTHONY DUBLIN, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner, )<br>United States Social Security )<br>Administration, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court upon the Court's own motion. On September 20, 2011, Plaintiff filed a motion to proceed *in forma pauperis*. On Septmeber 22, 2011, Judge Mullen signed an order ruling that "Plaintiff has failed to provide a complete account of his financial situation . . . the Court does not have sufficient information to determine whether Plaintiff is indigent." (Doc. No. 3, p. 1-2). That order denied the application, but granted Plaintiff leave to file a second application "that provides a more complete picture of his current financial situation." (Doc. No. 3, p. 2). The order also warned Plaintiff that failure to file a new motion or pay the filing fee within fifteen (15) days from the entrance of the order would result in dismissal of the case. The fifteen (15) day period has long passed; therefore, the Court dismisses this action without prejudice.

IT IS SO ORDERED.

Signed: February 16, 2012

*Frank D. Whitney*
Frank D. Whitney
United States District Judge